No. 92–1214. MILLIGAN-JENSEN *v.* MICHIGAN TECHNOLOGICAL UNIVERSITY. C. A. 6th Cir. Certiorari granted.

No. 92–1450. WATERS ET AL. *v.* CHURCHILL ET AL. C. A. 7th Cir. Certiorari granted.

No. 92–1639. CITY OF CHICAGO ET AL. *v.* ENVIRONMENTAL DEFENSE FUND ET AL. C. A. 7th Cir. Certiorari granted.

No. 92–1750. FOGERTY *v.* FANTASY, INC. C. A. 9th Cir. Certiorari granted.

No. 92–216. SENN ET AL. *v.* UNITED DOMINION INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–718. MORRIS *v.* HILL. C. A. 6th Cir. Certiorari denied.

No. 92–913. BANCO ESPANOL DE CREDITO ET AL. *v.* SECURITY PACIFIC NATIONAL BANK ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1434. EDELMAN *v.* UNITED STATES; and
No. 92–1448. MANKO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1489. MINES ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 92–1541. SHERMOEN ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1563. WATSON *v.* DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.